IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Dorthy J. Oleson aka Dorothy Oleson,
    Debtor

VW Credit, Inc,
    Movant

vs.

Dorthy J. Oleson aka Dorothy Oleson,
    Respondent

Ronda J. Winnecour,
    Chapter 13 Trustee

Case No. 16-20496 CMB

CHAPTER 13

Related to Document 51, 54

## ORDER OF COURT

AND NOW, this __17th__ day of ____July____, 2017, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is withdrawn without prejudice.

BY THE COURT:

_____
U.S. Bankruptcy Judge

Consented to by:

/s/ Bryan P. Keenan, Esquire
Bryan P. Keenan, Esquire
PA I.D. 89053
Attorney for Debtor
993 Greentree Road
Suite 101
Pittsburgh, PA 15220
Phone: 412-922-5116
Fax: 412-444-0158
keenan662@gmail.com

/s/ James C. Warmbrodt, Esquire
James C. Warmbrodt, Esquire
PA I.D. 42524
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Fax: 215-627-7734
jwarmbrodt@kmllawgroup.com

FILED
7/17/17 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 16-20496-CMB
Dorthy J. Oleson                                                    Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric              Page 1 of 1           Date Rcvd: Jul 17, 2017
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2017.
```
db             +Dorthy J. Oleson,    33 Wenzell Place,    Pittsburgh, PA 15216-3441
aty             Dennis A. Liotta,    Edgar Snyder & Associates,    505 Washington Trust Building,
                 Washington, PA   15301
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2017 at the address(es) listed below:
```
              Bryan P. Keenan    on behalf of Debtor Dorthy J. Oleson keenan662@gmail.com,  melindap662@gmail.com
              James   Warmbrodt    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,  bonnie@mvrlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                             TOTAL: 7
```