# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-20496-CMB** |
| **Dorthy J. Oleson** | ) | **Chapter 7** |
| **Debtor** | ) | **Doc No.** |
| **Dorthy J. Oleson** | ) | |
| **Movant** | ) | |
| **v.** | ) | |
| **Crunch Fitness, Duquesne Light,** | ) | |
| **Proactive, Terminix, Nationwide Credit,** | ) | |
| **Choice Car Physicians, North Shore Agency** | ) | |
| **Respondent** | ) | |

**CERTIFICATE OF SERVICE FOR DEBTORS
COVER SHEET, AMENDED SCHEDULE F,
CHAPTER 13 MOC NOTICE, AND TEXT ORDER**

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **July 25, 2017**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**1.) Service by First Class Mail--**
a Crunch Fitness, 340 E Waterfront Drive, Homestead, PA 15120
b Duquesne Light, P.O. Box 10, Pittsburgh, PA 15267
c. Proactiv 41-550 Eclectic Street, Suite 20, Palm Desert, CA 92260
d. Terminix, 860 Ridge Lake Blvd, Memphis, TN 38120
e. Nationwide Credit, PO Box 14581, Des Moines, IA 50306
f. North Shore Agency, 270 Spagnoli Road, Suite 110, Melville, NY 11747
g. Choice Care Physicians, 2585 Freeport Road, Suite 105, Pittsburgh, PA 15238

Executed on:  July 25, 2017       **/s/ Bryan P. Keenan**
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com