**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DORTHY J. OLESON | Case No.:16-20496 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/15/2016  and confirmed on 05/27/2016 . The case was subsequently      (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 13,700.00 |
| Less Refunds to Debtor | 2,056.10 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,643.90 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,193.00 | |
| Trustee Fee | 576.65 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,769.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| FEDERAL NATIONAL MORTGAGE ASSN<br>Acct: 3967 | 0.00 | 5,329.34 | 0.00 | 5,329.34 |
| FEDERAL NATIONAL MORTGAGE ASSN<br>Acct: 3967 | 719.94 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH*<br>Acct: 2J33 | 97.84 | 0.00 | 0.00 | 0.00 |
| VW CREDIT INC<br>Acct: 4718 | 15,564.02 | 2,357.94 | 1,186.97 | 3,544.91 |
| | | | | 8,874.25 |
| **Priority** | | | | |
| BRYAN P KEENAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DORTHY J. OLESON<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DORTHY J. OLESON<br>Acct: | 2,056.10 | 2,056.10 | 0.00 | 0.00 |
| BRYAN P KEENAN & ASSOCIATES PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-20496 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| BRYAN P KEENAN ESQ | 3,500.00 | 2,193.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBUF | 2,694.82 | 0.00 | 0.00 | 0.00 |
| Acct: 1726 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4786 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN EXPRESS CENTURION BNK | 3,912.78 | 0.00 | 0.00 | 0.00 |
| Acct: 1004 | | | | |
| BANK OF AMERICA NA** | 2,650.30 | 0.00 | 0.00 | 0.00 |
| Acct: 9432 | | | | |
| CERASTES LLC | 1,596.48 | 0.00 | 0.00 | 0.00 |
| Acct: 3168 | | | | |
| CAPITAL ONE BANK NA** | 2,058.02 | 0.00 | 0.00 | 0.00 |
| Acct: 4942 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7386 | | | | |
| ECAST SETTLEMENT CORP | 4,559.51 | 0.00 | 0.00 | 0.00 |
| Acct: 7526 | | | | |
| COLLEGE ASSIST* | 42,996.77 | 0.00 | 0.00 | 0.00 |
| Acct: 4786 | | | | |
| DISCOVER BANK(*) | 1,748.49 | 0.00 | 0.00 | 0.00 |
| Acct: 3978 | | | | |
| DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3404 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,713.22 | 0.00 | 0.00 | 0.00 |
| Acct: 4786 | | | | |
| DEPARTMENT STORE NATIONAL BANK | 185.17 | 0.00 | 0.00 | 0.00 |
| Acct: 3575 | | | | |
| MIDLAND FUNDING LLC | 10,674.21 | 0.00 | 0.00 | 0.00 |
| Acct: 1513 | | | | |
| MIDLAND FUNDING LLC | 5,740.84 | 0.00 | 0.00 | 0.00 |
| Acct: 8927 | | | | |
| MIDLAND FUNDING LLC | 3,175.37 | 0.00 | 0.00 | 0.00 |
| Acct: 6104 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,512.86 | 0.00 | 0.00 | 0.00 |
| Acct: 4076 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2469 | | | | |
| RUSS AND DONNA NELSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRI VALLEY SERVICE FCU* | 10,365.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1531 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 3,432.54 | 0.00 | 0.00 | 0.00 |
| Acct: 1619 | | | | |
| WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIVERSITY OF PITTSBURGH- PHYSICIAN! | 482.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4786 | | | | |
| COMENITY CAPITAL BANK | 3,449.35 | 0.00 | 0.00 | 0.00 |
| Acct: 7717 | | | | |
| | * * * N O N E * * * | | | |

16-20496 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3

TOTAL PAID TO CREDITORS                                                                8,874.25

TOTAL CLAIMED
PRIORITY            2,694.82
SECURED            16,381.80
UNSECURED         101.252.91


Date: 07/26/2017                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com