# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No.  16-20496-CMB** |
| **Dorthy J. Oleson** | ) | **Chapter  7** |
| **Debtor** | ) | **Doc No.** |
| **Dorthy J. Oleson** | ) | |
| **Movant** | ) | |
| v. | ) | |
| **American Medical Collection Agency** | ) | |
| **Respondent** | ) | |

### CERTIFICATE OF SERVICE FOR DEBTORS
### COVER SHEET, AMENDED SCHEDULE F,
### CHAPTER 13 MOC NOTICE, AND TEXT ORDER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on  **August 11, 2017**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**1.) Service by First Class Mail--**
**a AMCA, 4 West Chester Plaza, Suite 110, Elmsford, NY 10523**

Executed on:  August 11, 2017            **/s/ Bryan P. Keenan**
                                          Bryan  P. Keenan, PA ID No. 89053
                                          Bryan  P. Keenan  & Associates P.C.
                                          Attorney for Debtor
                                          993 Greentree Road, Suite 101
                                          Pittsburgh, PA 15220
                                          (412) 922-5116
                                          keenan662@gmail.com