**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dorthy J. Oleson** | Social Security number or ITIN  **xxx–xx–4786** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **16–20496–CMB**

---

# Order of Discharge                                                                        12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dorthy J. Oleson
aka Dorothy Oleson

<u>2/2/18</u>                                                                **By the court:**   <u>Carlota M. Bohm</u>
                                                                                                United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 16-20496-CMB
Dorthy J. Oleson                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                Page 1 of 2              Date Rcvd: Feb 02, 2018
                              Form ID: 318              Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
```
db             +Dorthy J. Oleson,    33 Wenzell Place,    Pittsburgh, PA 15216-3441
aty             Dennis A. Liotta,    Edgar Snyder & Associates,    505 Washington Trust Building,
                 Washington, PA  15301
14216170       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14178546        Bernstein Law Firm P.C,    c/o Raymond P. Wedolowski, Esquire Jr.,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219
14662727       +Choice Care Physicians,    2585 Freeport Road, Ste 105,    Pgh, PA 15238-1426
14178549       +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
14209231       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14178550       +City of Pittsbugh/SD of Pittsburgh,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
14221983       +College Assist,    PO Box 16358,    St. Paul, MN 55116-0358
14178551       +Colorado Student Loans,    1560 Broadway,    Ste. 1700,    Denver, CO 80202-5159
14252667        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14178553        Dollar Bank F. S. B.,    3 Gateway Center West,    Pittsburgh, PA 15222
14178554        Dollar Bk Vs,    3 Gateway Ctr,    Pittsburgh, PA 15222
14662726       +Nationwide Credit,    PO Box 14581,    Des Moines, IA 50306-3581
14662728       +North Agency,    270 Spagnoli Road,Ste 110,    Melville, NY 11747-3515
14209232       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14178560       +Professional Account Management,    633 W Wisconsin Ave,    Suite 600,    Milwaukee, WI 53203-1907
14178561       +Russ and Donna Nelson,    119 Selvin Drive,    Verona, PA 15147-1633
14178562       +Seterus, Inc. as Servicer for Federal,    National Mortgage Association,    14523 SW Millikan Way,
                 Beaverton, OR 97005-2344
14224536       +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford, CT 06143-1047
14247981       +Univ of Pittsburgh Physicians,    6681 Country Club Drive,    Golden Valley MN 55427-4601
14178564       +Us Bk Rms Cc,    200 Gibraltar Rd Ste 315,    Horsham, PA 19044-2325
14201267       +VW Credit, Inc.,    P.O. Box 9013,    Addison, Texas 75001-9013
14178566        Weltman, Weinberg & Reis Co.,    Re: Discover Bank,    436 Seventh Avenue,    Suite 2500,
                 Cleveland, OH 44101-5596
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: BRCCRAWFORD.COM Feb 03 2018 01:23:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2018 01:36:40      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14208763        EDI: BECKLEE.COM Feb 03 2018 01:23:00      AMERICAN EXPRESS CENTURION BANK,
                 C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
14673253       +EDI: RMCB.COM Feb 03 2018 01:23:00      American Medical Collection Agency,
                 4 West Chester Plaza Suite 110,    Elmsford, NY 10523-1615
14178543       +EDI: AMEREXPR.COM Feb 03 2018 01:23:00      Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
14189854        E-mail/Text: kburkley@bernsteinlaw.com Feb 03 2018 01:37:23       Duquesne Light,
                 Payment Processing Center,    PO Box 10,    Pittsburgh,PA
14178544       +EDI: BANKAMER.COM Feb 03 2018 01:23:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
14178545       +EDI: TSYS2.COM Feb 03 2018 01:23:00      Barclays Bank Delaware,    Po Box 8801,
                 Wilmington, DE 19899-8801
14178547       +EDI: CAPITALONE.COM Feb 03 2018 01:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14187644        EDI: CAPITALONE.COM Feb 03 2018 01:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
14247684       +E-mail/Text: bncmail@w-legal.com Feb 03 2018 01:36:58       Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14178548       +EDI: CHASE.COM Feb 03 2018 01:23:00      Chase,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
14251504       +E-mail/Text: bncmail@w-legal.com Feb 03 2018 01:36:58       Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14190834        EDI: DISCOVER.COM Feb 03 2018 01:23:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14178552        EDI: DISCOVER.COM Feb 03 2018 01:23:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
14248280       +E-mail/Text: kburkley@bernsteinlaw.com Feb 03 2018 01:37:23       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14208736        EDI: IRS.COM Feb 03 2018 01:23:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14178555       +EDI: TSYS2.COM Feb 03 2018 01:23:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
14178558       +EDI: MID8.COM Feb 03 2018 01:23:00      Midland Funding,    Re: Capital One Bank  Usa   N.A.,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
```

```
District/off: 0315-2           User: lfin                  Page 2 of 2                  Date Rcvd: Feb 02, 2018
                               Form ID: 318                Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14178557       +EDI: MID8.COM Feb 03 2018 01:23:00      Midland Funding,    Re: Citibank  N.A.,
                 2365 Northside Dr,    Suite 300,   San Diego, CA 92108-2709
14178556       +EDI: MID8.COM Feb 03 2018 01:23:00      Midland Funding,    Onemain Financial   Inc.,
                 2365 Northside Dr,    Suite 300,   San Diego, CA 92108-2709
14224115       +EDI: MID8.COM Feb 03 2018 01:23:00      Midland Funding LLC,    PO Box 2011,
                 Warren MI 48090-2011
14178559        EDI: PRA.COM Feb 03 2018 01:23:00      Portfolio Recovery,    Attn: Bankruptcy,
                 Re: Synchrony Bank,    Po Box 41067,   Norfolk, VA 23541
14191682        EDI: PRA.COM Feb 03 2018 01:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14178563       +E-mail/Text: rosec@trivalleyservice.com Feb 03 2018 01:36:22      Tri Valley Service Fcu,
                 1920 Cochran Rd,   Pittsburgh, PA 15220-1101
14682064        EDI: AIS.COM Feb 03 2018 01:23:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
14178565       +E-mail/Text: vci.bkcy@vwcredit.com Feb 03 2018 01:36:58      Volkswagon Credit Inc,
                 National Bankruptcy Services,    9441 Lbj Freeway, Suite 250,    Dallas, TX 75243-4640
14243891        EDI: ECAST.COM Feb 03 2018 01:23:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             City and School District of Pittsburgh
cr             Pittsburgh Water & Sewer Authority
cr             Seterus, Inc., as the authorized subservicer for F
cr             VW Credit, Inc.
aty*          +Rosemary C. Crawford,   Crawford McDonald, LLC.,   P.O. Box 355,   Allison Park, PA 15101-0355
                                                                                              TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Dorthy J. Oleson keenan662@gmail.com, melindap662@gmail.com
              James  Warmbrodt    on behalf of Creditor   VW Credit, Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
                                                                                               TOTAL: 8
```