**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dorthy J. Oleson
aka Dorothy Oleson**
   Debtor(s)

Bankruptcy Case No.: 16–20496–CMB

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Rosemary C. Crawford is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: February 23, 2018
                                                     Carlota M. Bohm
                                                   United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Dorthy J. Oleson
    Debtor

Case No. 16-20496-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Feb 23, 2018
                         Form ID: 129     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.
aty        Dennis A. Liotta,    Edgar Snyder & Associates,    505 Washington Trust Building,     Washington, PA   15301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:
        Bryan P. Keenan    on behalf of Debtor Dorthy J. Oleson keenan662@gmail.com,   melindap662@gmail.com
        James  Warmbrodt    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,     cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,     cnoroski@grblaw.com
        Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for     Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.     jeniece@mvrlaw.com,   bonnie@mvrlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,     PA68@ecfcbis.com
        Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
                             TOTAL: 8